COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-154-CV

IN RE MICHAEL SUTTON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.
(footnote: 2)  Accordingly, relator’s petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL  A:  LIVINGSTON, J.; CAYCE, C.J.; and HOLMAN, J. 

DELIVERED:  April 24, 2008 

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.

2:
See 
Wentworth v. Meyer
, 839 S.W.2d 766, 767 (Tex. 1992) (orig. proceeding); 
In re Jackson
, 14 S.W.3d 843, 846 (Tex. App.—Waco 2000, orig. proceeding); 
City of La Porte v. State ex rel. Rose
, 376 S.W.2d 894, 906-07 (Tex. Civ. App.—Austin 1964), 
rev’d in part on other grounds
, 386 S.W.2d 782 (Tex. 1965); 
see also In re Sanchez
, 81 S.W.3d 794, 796 (Tex. 2002) (orig. proceeding).